## KING v. STATE.
### No. 23580.

Court of Criminal Appeals of Texas.
Feb. 12, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for burglary. The penalty assessed is confinement in the state penitentiary for a term of two years.

The indictment appears regular. The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.

## KING v. STATE.
### No. 23581.

Court of Criminal Appeals of Texas.
Feb. 12, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The offense is burglary. The punishment assessed is confinement in the state penitentiary for a term of two years.

The record is before us without a statement of facts or bills of exception. The indictment and all other matters of procedure appear regular.

The judgment of the trial court is affirmed.